B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dohm, Michael Zachary** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Holden -Dohm, Carla** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Carla Holden; FKA Carla H Puskac** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1003** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9780** |
| Street Address of Debtor (No. and Street, City, and State):<br>**9240 Longfellow Lane**<br>**Machesney Park, IL**                    ZIP Code **61115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**9240 Longfellow Lane**<br>**Machesney Park, IL**                    ZIP Code **61115** |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br><br>                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | **Nature of Business**<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box)<br>■ Chapter 7<br>☐ Chapter 9       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 11         of a Foreign Main Proceeding<br>☐ Chapter 12<br>☐ Chapter 13       ☐ Chapter 15 Petition for Recognition<br>                        of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                  Page 2

| # Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dohm, Michael Zachary** <br> **Holden -Dohm, Carla** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **Rockford Title Company, Inc** | Case Number: | Date Filed: |
| District: <br> **ND IL WD** | Relationship: <br> **Owner** | Judge: <br> **Barbosa** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Dohm, Michael Zachary**<br>**Holden -Dohm, Carla** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Zachary Dohm**
Signature of Debtor  **Michael Zachary Dohm**

X **/s/ Carla Holden -Dohm**
Signature of Joint Debtor **Carla Holden -Dohm**

Telephone Number (If not represented by attorney)

**March 16, 2012**
Date

### Signature of Attorney*

X **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**March 16, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Zachary Dohm**
**Carla Holden -Dohm**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Michael Zachary Dohm**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
**Michael Zachary Dohm**

Date:    **March 16, 2012**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Zachary Dohm**
**Carla Holden -Dohm**
                                       Debtor(s)           Case No.

Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Carla Holden -Dohm**
_____
**Carla Holden -Dohm**

Date:    **March 16, 2012**
_____

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Michael Zachary Dohm,**
          **Carla Holden -Dohm**

Case No. _____

_____,

Chapter _____ **7**

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 189,000.00 | | |
| B - Personal Property | Yes | 4 | 39,976.96 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 346,871.56 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 7,103.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 707,249.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,612.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,575.84 |
| Total Number of Sheets of ALL Schedules | | 38 | | | |
| Total Assets | | | 228,976.96 | | |
| Total Liabilities | | | | 1,061,224.70 | |

Best Case Bankruptcy

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Zachary Dohm,**
     **Carla Holden -Dohm**

Case No. _____

Chapter _____ **7** _____

Debtors ,

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Michael Zachary Dohm,**                                      Case No. _____
         **Carla Holden -Dohm**
                                                                    ,
                                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 9240 Longfellow Lane, Machesney Park IL 61115** | **Beneficial Interest in Trust** | **J** | 180,000.00 | 199,658.45 |
| **1823 Crestwood, Rockford, IL (single family home, debtor is joint tenant with 5 siblings for benefit of disabled sister)** | **Joint tenant** | **H** | 9,000.00 | 0.00 |

| | | |
|---|---|---|
| Sub-Total > | **189,000.00** | (Total of this page) |
| Total > | **189,000.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Michael Zachary Dohm,**              Case No. _____
        **Carla Holden -Dohm**

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Rock Valley Federal CU - personal checking** | J | 1,227.00 |
| | | **Rock Valley Federal CU - savings** | J | 2,961.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Commonwealth Edison** | J | 160.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Normal complement of household goods** | J | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Normal complement of clothing** | J | 500.00 |
| 7.  Furs and jewelry. | | **Misc jewelry and wedding rings** | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **1 shotgun** | J | 50.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **John Hancock Life Insurance - whole life (spouse and minor child are beneficiaries)** | J | 9,000.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                                Sub-Total >        **18,398.00**
                                                            (Total of this page)

___3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael Zachary Dohm,**
        **Carla Holden -Dohm**

Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Rock Valley Credit Union IRA** | H | 14,328.96 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Rockford Title Company, Inc (filed chapter 7 bankruptcy ND IL WD)** | H | 0.00 |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **Brian Dammann (deemed uncollectable)** | J | 300.00 |
| | | **Paul Dammann** | J | 100.00 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Rockford Title Company, Inc. - shareholder loans to company $50,061.51 - filed chapter 7 bankruptcy ND IL WD** | H | 0.00 |
| | | **Rocford Title Company, Inc. - loans to company $35,291.92 - filed Chapter 7 Bankkruptcy ND IL WD** | W | 0.00 |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        14,728.96
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Zachary Dohm,**
**Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Claim against Resource Bank for deceptive practices and fraud (joint with Rockford Title Company, Inc.)** | **J** | **Unknown** |
| | | **Claim against Wallace Lee, Jr for unlawful seizure of presonal property (joint with Rockford Title Company, Inc.)** | **J** | **1,000.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1998 Harley** | **H** | **5,000.00** |
| 26. Boats, motors, and accessories. | | **1990's 14' John boat and trailer** | **J** | **750.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **1 cat** | **J** | **0.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    **6,750.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Michael Zachary Dohm,**                                 Case No. _____

        **Carla Holden -Dohm**

                                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35.  Other personal property of any kind not already listed. Itemize. | | **Misc homeowner hand tools** | J | 100.00 |
| | | **Longfellow Trust dated 04/10/2004 (It is a revocable living trust, debtors are trustees.  Trust assets consist of real estate described in Schedule A, subject to mortgages; 2006 Ford Taurus SE @ $4,000, 2005 Chrysler Pacifica @ $5,000, and 2005 Pontiac Grand Prix @ $4,000)** | J | 0.00 |

|  |  |
|---|---|
| Sub-Total > | **100.00** |
| (Total of this page) | |
| Total > | **39,976.96** |

Sheet ___**3**___ of ___**3**___ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re   **Michael Zachary Dohm,**             Case No. _____
       **Carla Holden -Dohm**
_____,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Location: 9240 Longfellow Lane, Machesney Park IL 61115** | **735 ILCS 5/12-901** | **30,000.00** | **180,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Rock Valley Federal CU - personal checking** | **735 ILCS 5/12-1001(b)** | **1,227.00** | **1,227.00** |
| **Rock Valley Federal CU - savings** | **735 ILCS 5/12-1001(b)** | **1,773.00** | **2,961.00** |
| **Household Goods and Furnishings** | | | |
| **Normal complement of household goods** | **735 ILCS 5/12-1001(b)** | **3,500.00** | **3,500.00** |
| **Wearing Apparel** | | | |
| **Normal complement of clothing** | **735 ILCS 5/12-1001(a)** | **500.00** | **500.00** |
| **Interests in Insurance Policies** | | | |
| **John Hancock Life Insurance - whole life (spouse and minor child are beneficiaries)** | **735 ILCS 5/12-1001(f)** | **9,000.00** | **9,000.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Rock Valley Credit Union IRA** | **735 ILCS 5/12-1006** | **14,328.96** | **14,328.96** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1998 Harley** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **5,000.00** |
| **Other Exemptions** | | | |
| **2005 Pontiac Grand Prix** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **4,000.00** |

                                                    Total:    **65,128.96**      **220,516.96**

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael Zachary Dohm,**    Case No. _____
**Carla Holden -Dohm**

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1680**<br><br>**Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** | X | - | **2007**<br>**Blanket UCC Business Assets**<br>**All business assets of Rockford Title Company, Inc.**<br>**Personal Guarantee**<br>Value $   10,000.00 | | | | 145,784.11 | 135,784.11 |
| Account No. **xxxxx3091**<br><br>**Dubuque Bank & Trust**<br>**1398 Central Ave**<br>**Dubuque, IA 52001** | | J | **07/06/2007**<br>**First Mortgage**<br>**Location: 9240 Longfellow Lane, Machesney Park IL 61115**<br>Value $   180,000.00 | | | | 176,317.77 | 0.00 |
| Account No.<br><br>**Rock Valley Federal Credit Union**<br>**1201 Clifford Avenue**<br>**Loves Park, IL 61111** | | H | **2008**<br>**Purchase Money Security**<br>**1998 Harley**<br>Value $   5,000.00 | | | | 1,429.00 | 0.00 |
| Account No. **x4571**<br><br>**Universal Assurors**<br>**11420 Blondo Street**<br>**Omaha, NE 68164-3858** | | J | **2007**<br>**Second Mortgage**<br>**Location: 9240 Longfellow Lane, Machesney Park IL 61115**<br>Value $   180,000.00 | | | | 23,340.68 | 19,658.45 |

__0__  continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 346,871.56 | 155,442.56 |
| Total<br>(Report on Summary of Schedules) | 346,871.56 | 155,442.56 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Michael Zachary Dohm,**                                                          Case No. _____
         **Carla Holden -Dohm**

_____,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Michael Zachary Dohm,**
     **Carla Holden -Dohm**                                     Case No. _____

                                         Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carol L Dohm** <br> **1511 Gorham Pl** <br> **Rockford, IL 61107** | | J | **Current support abated** | | | | 7,103.63 | 0.00 | 7,103.63 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | |
| | 7,103.63 | 7,103.63 |
| Total (Report on Summary of Schedules) | 0.00 | |
| | 7,103.63 | 7,103.63 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com
                                         Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Michael Zachary Dohm,**
       **Carla Holden -Dohm**

Case No. _____

                                                                                                ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxxxx xxx xxxxxx8923**<br><br>**ACS**<br>**PO Box 7951**<br>**Utica, NY 13504-7051** | | H | | | **Student Loans**<br><br>**Personal** | | | | **36,240.36** |
| Account No.<br><br>**Amy K. Smith**<br>**4081 Ruskin Road**<br>**Rockford, IL 61103** | X | - | | | **Employee Expense Reimbursement**<br><br>**Business** | | | | **1,133.75** |
| Account No. **...0532**<br><br>**Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** | X | - | | | **Credit Card**<br><br>**Business** | | | | **4,819.65** |
| Account No. **...0318**<br><br>**Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** | X | - | | | **Credit Card**<br><br>**Business** | | | | **1,000.97** |

____18____  continuation sheets attached

Subtotal
(Total of this page)

**43,194.73**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**  
      **Carla Holden -Dohm**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...0030<br><br>**Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** | X - | | **Credit Card**<br><br>**Business** | | | | **1,329.27** |
| Account No. ...0230<br><br>**Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** | | H | **Credit Card**<br><br>**Personal** | | | | **14,211.18** |
| Account No. xx9095<br><br>**Blatt, Hasenmiller, Leibsker**<br>**& Moore, LLC**<br>**PO Box 5463**<br>**Chicago, IL 60680-5463** | | J | **Collection**<br><br>**Personal** | | | | **Unknown** |
| Account No. xxxxxxxxxx9796<br><br>**Braun Thyssen Krupp Elevator**<br>**2829 Royal Avenue**<br>**Madison, WI 53713** | X - | | **Services**<br><br>**Business** | | | | **209.42** |
| Account No. x4267<br><br>**Camelot Radiology Associates, Ltd.**<br>**PO Box 1086**<br>**Indianapolis, IN 46206-1086** | | W | **Medical**<br><br>**Personal** | | | | **51.00** |

Sheet no. __1___ of __18__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

**15,800.87**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**
**Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...4132<br><br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | W | **Credit Card**<br><br>**Personal** | | | | 2,688.62 |
| Account No.<br><br>**Cedarcreek Construction**<br>**1758 Danielle Lane**<br>**Belvidere, IL 61008** | X | - | **Construction Charge**<br><br>**Business** | | | | 7,500.00 |
| Account No. xxxxx5749<br><br>**Century Link**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** | X | - | **Services**<br><br>**Business** | | | | 470.03 |
| Account No. ...4844<br><br>**Chase Cardmember Services**<br>**PO Box 15548**<br>**Wilmington, DE 19886-5548** | | H | **Credit Card**<br><br>**Personal** | | | | 3,413.75 |
| Account No. xxx500M<br><br>**Cicero, France, Barch & Alexander**<br>**6323 E. Riverside Blvd.**<br>**Rockford, IL 61114** | | H | **Attorney Fees**<br><br>**Personal** | | | | 2,875.00 |

Sheet no. __2___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,947.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**
**Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...5702 <br><br> **Citi Platinum Select Card** <br> **PO Box 6500** <br> **Sioux Falls, SD 57117** | | H | **Credit Card** <br><br> **Personal** | | | | 12,489.56 |
| Account No. x078F <br><br> **City of Oregon** <br> **115 N. Third Street** <br> **Oregon, IL 61061** | X | - | **Utilities** <br><br> **Business** | | | | 43.73 |
| Account No. <br><br> **City of Rockford** <br> **425 E. State St.** <br> **Rockford, IL 61104** | X | - | **Parking Violation** <br><br> **Business** | | | | 100.00 |
| Account No. xxxxx1700 <br><br> **City of Rockford** <br> **425 E. State St.** <br> **Rockford, IL 61104** | X | - | **Utilities** <br><br> **Business** | | | | 17.75 |
| Account No. xxxxxx9018 <br><br> **ComEd** <br> **3 Lincoln Center** <br> **Attn: Bkcy Group-Claims Department** <br> **Oakbrook Terrace, IL 60181** | X | - | **Utilities** <br><br> **Business** | | | | 1,478.19 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,129.23

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Zachary Dohm,**
       **Carla Holden -Dohm**                       Case No. _____

                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx1038** | | | | | Utilities | | | | |
| ComEd 3 Lincoln Center Attn: Bkcy Group-Claims Department Oakbrook Terrace, IL 60181 | X | - | | | Business | | | | 547.02 |
| Account No. **...7383** | | | | | Credit Card | | | | |
| Credit Card Center PO Box 653072 Dallas, TX 75265-3072 | X | - | | | Business | | | | 2,310.61 |
| Account No. **ROCKTC** | | | | | Services | | | | |
| DataCraft 120 W. State Street Suite 302 Rockford, IL 61101 | X | - | | | Business | | | | 980.00 |
| Account No. | | | | | Loan | | | | |
| Elizabeth Reents 910 24th Street Rockford, IL 61104 | X | - | | | Business | | | | 10,000.00 |
| Account No. **xxxx1802** | | | | | Services | | | | |
| Employee Benefits Corporation PO Box 44347 Madison, WI 53744-4347 | X | - | | | Business | | | | 150.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **13,987.63**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Zachary Dohm,**                                    Case No. _____
         **Carla Holden -Dohm**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7056**<br><br>**Fed Loan Servicing**<br>**PO Box 530210**<br>**Atlanta, GA 30353-0210** | | H | Student Loan<br><br>Personal | | | | 13,193.50 |
| Account No. **xxxxx7342**<br><br>**FedEx**<br>**PO Box 332**<br>**Memphis, TN 38194-4741** | X | - | Services<br><br>Business | | | | 25.13 |
| Account No.<br><br>**Fidelity National Title Insurance**<br>**3700 State Street**<br>**Suite 100**<br>**Santa Barbara, CA 93105** | X | - | Services<br><br>Business | | | | Unknown |
| Account No.<br><br>**First American Title Insurance Corp**<br>**1 First American Way**<br>**Santa Ana, CA 92707** | X | - | Services<br><br>Business | | | | Unknown |
| Account No. **...3413**<br><br>**First Bankcard**<br>**PO Box 3331**<br>**Omaha, NE 68103** | | H | Credit Card<br><br>Personal | | | | 851.85 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **14,070.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**
　　　**Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x5970**<br><br>**Fishers, Inc.**<br>**PO Box 276**<br>**Oregon, IL 61061** | X | - | | Services<br><br>Business | | | | 44.73 |
| Account No. **xxxxxxxxxxxxx4700**<br><br>**Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** | X | - | | Phone Service<br><br>Business | | | | 636.28 |
| Account No. **xxxxxxxxxxx1012**<br><br>**Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** | X | - | | Phone Service<br><br>Business | | | | 87.15 |
| Account No. **xxxxxxxxxxxxx9701**<br><br>**Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** | X | - | | Phone Service<br><br>Business | | | | 146.95 |
| Account No. **xxxxxxxxxxxxx2603**<br><br>**Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** | X | - | | Phone Service<br><br>Business | | | | 233.51 |

Sheet no. __**6**___ of __**18**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,148.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**　　Case No. _____
　　　　**Carla Holden -Dohm**

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5316** | | | | | Services | | | | |
| **H2it PO Box 2525 East Peoria, IL 61611-0525** | X | - | | | Business | | | | 780.00 |
| Account No. | | | | | Loan | | | | |
| **Helen Kay Dohm 2404 Harlem Blvd Rockford, IL 61103** | X | - | | | Business | | | | 10,000.00 |
| Account No. **xxxxxxxxx4517** | | | | | Services | | | | |
| **Hinkley Springs PO Box 660579 Dallas, TX 75266-0579** | X | - | | | Business | | | | 332.89 |
| Account No. | | | | | Legal Fees | | | | |
| **Holmstrom & Kennedy PC 800 N. Church Street Rockford, IL 61103** | X | - | | | Business | | | | 2,832.50 |
| Account No. | | | | | Services | | | | |
| **Horizons, Inc. PO Box 118 Roscoe, IL 61073** | X | - | | | Business | | | | 224.75 |

Sheet no. __7___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ── 14,170.14

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**
    **Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. ...9135<br><br>HSBC<br>PO Box 15521<br>Wilmington, DE 19850-5521 | | H | Credit Card<br><br>Personal | | | | 3,090.54 |
| Account No. xxx0785<br><br>Infinity Healthcare Physicians<br>111 E. Wisconsin Avenue - Ste. 2000<br>Milwaukee, WI 53202 | | H | Medical<br><br>Personal | | | | 581.00 |
| Account No.<br><br>John Sweeney<br>903 S. 8th Street<br>Oregon, IL 61061 | X - | | Employee Expense Reimbursement<br><br>Business | | | | 2,615.85 |
| Account No.<br><br>Jumping Trout, Inc.<br>7155 Windsor Lake Parkway<br>Loves Park, IL 61111 | X - | | Services<br><br>Business | | | | 47.50 |
| Account No. xxxx6846<br><br>Kevin Kelly PC<br>10 E. 22nd Street<br>Suite 216<br>Lombard, IL 60148 | | W | Collection<br><br>Personal | | | | 2,000.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,334.89

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**  Case No. _____
**Carla Holden -Dohm**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Landworks** <br> **2729 Capri** <br> **Rockford, IL 61114** | X | - | **Services** <br><br> **Business** | | | | 645.00 |
| Account No. <br><br> **Lawn Force Landscaping** <br> **PO Box 15411** <br> **Loves Park, IL 61132** | X | - | **Services** <br><br> **Business** | | | | 240.00 |
| Account No. <br><br> **Louis and Doris Morrall** <br> **311 W. Perry Street** <br> **Belvidere, IL 61008** | | J | **2nd Mortgage Deficiency for property located at:** <br><br> **2464 Main Street** <br> **Caledonia, IL** <br><br> **Personal** | | | | 25,000.00 |
| Account No. **xxx7884** <br><br> **Loyola University Medical Center** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | H | **Medical** <br><br> **Personal** | | | | 3,446.80 |
| Account No. <br><br> **Lynn M. Jorgenson** <br> **2277 E. Path Road** <br> **Byron, IL 61010** | X | - | **Judgment  Case No. 2011-SC-91 Ogle County, Illinois** <br><br> **Business** | | | | 643.20 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **29,975.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**
       **Carla Holden -Dohm**                                    Case No. _____

_____,
                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Matthew J. Jaworowski** **4818 Orchard Avenue** **Rockford, IL 61108** | X | - | Loan Business | | | | 7,066.06 |
| Account No.  **Mid-City Office Products** **PO Box 2758** **Loves Park, IL 61132-2758** | X | - | Services Business | | | | 233.79 |
| Account No. **xx6284** **Moring Disposal** **PO Box 158** **Forreston, IL 61030** | X | - | Services Business | | | | 74.00 |
| Account No.  **NCO Financial Systems, Inc.** **600 Holiday Plaza Drive** **Suite 300** **Matteson, IL 60443** | X | - | Toll Violations Business | | | | 435.30 |
| Account No.  **Nicolosi & Associates** **363 Financial Court - Suite 100** **Rockford, IL 61107** | X | - | Legal Fees Business | X | X | X | 1,065.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                8,874.15

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**
　　　**Carla Holden -Dohm**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2000**<br><br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** | X | - | Utilities<br><br>Business | | | | 885.13 |
| Account No. **xxxxxxx2199**<br><br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** | X | - | Utilities<br><br>Business | | | | 457.98 |
| Account No. **xxx7263**<br><br>**Norlight**<br>**1515 Broadway**<br>**Paducah, KY 42001** | X | - | Services<br><br>Business | | | | 152.36 |
| Account No.<br><br>**North Park Public Water District**<br>**PO Box 966**<br>**Roscoe, IL 61073-0966** | X | - | Services<br><br>Business | | | | 13.84 |
| Account No. **0619**<br><br>**Northern Mechanical, Inc.**<br>**9933 N. Alpine Road**<br>**Machesney Park, IL 61115** | X | - | Services<br><br>Business | | | | 1,371.94 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,881.25

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**
        **Carla Holden -Dohm**
                                                                        Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx6212** | | | | Collection | | | | |
| **Oliphant Financial 9009 Town Center Parkway Lakewood Ranch, FL 34202** | | W | | Personal | X | X | X | Unknown |
| Account No. **xxx9705** | | | | Services | | | | |
| **One Communications 2150 Holmgren Way Green Bay, WI 54304** | X | - | | Business | | | | 25,355.76 |
| Account No. | | | | Services | | | | |
| **Paper Recovery Service Corp 7972 Crest Hills Drive Loves Park, IL 61111** | X | - | | Business | | | | 55.00 |
| Account No. **xxxxxx0100** | | | | Services | | | | |
| **Per Mar Security 1910 E. Kimberly Road Davenport, IA 52807** | X | - | | Business | | | | 677.63 |
| Account No. **xxxxxxxxxxx0727** | | | | Services | | | | |
| **Pitney Bowes Purchase Power PO Box 371874 Pittsburgh, PA 15250-7874** | X | - | | Business | | | | 1,900.24 |

Sheet no. **12** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   27,988.63

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**                                          Case No. _____
       **Carla Holden -Dohm**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-1454** <br><br> **PNC Bank** <br> **2730 Liberty Ave** <br> **Pittsburgh, PA 15222** | X | - | Business credit line <br><br> Business | | | | 62,733.54 |
| Account No. <br><br> **Pre-Paid Legal Services** <br> **PO Box 2629** <br> **Ada, OK 74821-2629** | X | - | Services <br><br> Business | | | | 608.65 |
| Account No. **xx0045** <br><br> **ProForma** <br> **PO Box 640814** <br> **Cincinnati, OH 45264-0814** | X | - | Services <br><br> Business | | | | 3,456.33 |
| Account No. **x1830** <br><br> **Radiology Consultants of Rockford** <br> **PO Box 4542** <br> **Rockford, IL 61110** | | H | Medical <br><br> Personal | | | | 35.00 |
| Account No. <br><br> **Robert K. Kleckner** <br> **11509 Inverway** <br> **Belvidere, IL 61008** | X | - | Loan <br><br> Business | | | | 347,624.12 |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**414,457.64**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**  Case No. _____
       **Carla Holden -Dohm**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx9982** <br><br> **Rochelle Community Hospital** <br> **900 N. Second Street** <br> **Rochelle, IL 61068-1764** | | W | Medical <br><br> Personal | | | | 443.00 |
| Account No. **xxxxx6332** <br><br> **Rochelle Medical** <br> **PO Box 17052** <br> **Rockford, IL 61110-7052** | | W | Medical <br><br> Personal | | | | 90.00 |
| Account No. **xxxx017R** <br><br> **Rock River Water Reclamation Dist** <br> **3501 Kishawukee Street** <br> **Rockford, IL 61109** | X - | | Utilities <br><br> Business | | | | 29.45 |
| Account No. **xxxxxxxx9860** <br><br> **Rockford Pain Center** <br> **6785 Weaver Road, #D** <br> **Rockford, IL 61114** | | H | Medical <br><br> Personal | | | | 1,624.00 |
| Account No. **xxx6866** <br><br> **RSM McGladrey, Inc.** <br> **1252 Bell Valley Road** <br> **Suite 300** <br> **Rockford, IL 61108** | X - | | Services <br><br> Business | | | | 3,182.40 |

Sheet no. __14__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,368.85

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**
**Carla Holden -Dohm**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx6124** | | | | **Student Loan** | | | | |
| **Sallie Mae** **P.O. Box 9500** **Wilkes Barre, PA 18773-9500** | | H | | **Personal** | | | | **11,154.35** |
| Account No. | | | | **Legal Fees** | | | | |
| **Schlueter Ecklund** **4023 Charles Street** **Rockford, IL 61108** | X | - | | **Business** | | | | **75.00** |
| Account No. | | | | **Employee Expense Reimbursement** | | | | |
| **Shannon Haring Pritchett** **318 1/2 N. 6th Street** **Rochelle, IL 61068** | X | - | | **Business** | | | | **73.83** |
| Account No. | | | | **Notice Only** | | | | |
| **Shriver, O'Neill & Thompson** **515 N. Court Street** **Rockford, IL 61103** | | H | | **Winnebago County, IL** **Case No. 11-SC-2064** **Personal** | | | | **0.00** |
| Account No. | | | | **Loan to Company** | | | | |
| **Susan L. Watson** **3635 Grant Avenue** **Rockford, IL 61103** | X | - | | **Business** | | | | **18,000.00** |

| | | | |
|---|---|---|---|
| Sheet no. **_15_** of **_18_** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | | **29,303.18** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Zachary Dohm,**
      **Carla Holden -Dohm**

Case No. _____

_____,
                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxxxx-x4732**<br><br>**Swedish American Home Health Care**<br>**2550 Charles Street**<br>**Suite B**<br>**Rockford, IL 61108-1673** | | H | Medical<br><br>Personal | | | | **1,755.00** |
| Account No. **xxxxxxxx4233**<br><br>**Swedish American Hospital**<br>**P.O. Box 310283**<br>**Des Moines, IA 50331-0283** | | H | Medical<br><br>Personal | | | | **1,045.44** |
| Account No. **xxxxx3559**<br><br>**Swedish American Medical Group**<br>**2550 Charles Street**<br>**PO Box 1567**<br>**Rockford, IL 61108-1673** | | H | Medical<br><br>Personal | | | | **262.50** |
| Account No. **xxxxx4055**<br><br>**Swedish American Medical Group**<br>**2550 Charles Street**<br>**PO Box 1567**<br>**Rockford, IL 61108-1673** | | W | Medical<br><br>Personal | | | | **356.80** |
| Account No. **...5179**<br><br>**Target National Bank**<br>**PO Box 660170**<br>**Dallas, TX 75266-0170** | | H | Credit Card<br><br>Personal | | | | **2,035.61** |

Sheet no. **16** of **18** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,455.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael Zachary Dohm,**                                                    Case No. _____
         **Carla Holden -Dohm**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx7747**<br><br>**TDS Metrocom**<br>**525 Junction Road**<br>**Suite 6000**<br>**Madison, WI 53717-2105** | X | - | Services<br><br>Business | | | | 77.22 |
| Account No.<br><br>**The Buckley Companies**<br>**363 Financial Court**<br>**Rockford, IL 61107** | X | - | Services<br><br>Business | | | | 525.00 |
| Account No.<br><br>**The National Bank**<br>**c/o Davis & Kuelthau**<br>**300 N. Corporate Drive, Suite 150**<br>**Brookfield, WI 53045** | X | - | Judgment  Case No. 2011-SC-003641<br>**Waukeshau County, Wisconsin**<br><br>Business | | | | 5,277.50 |
| Account No.<br><br>**Trace Leonard Business Equipment**<br>**429 S. Phelps Avenue, S-703**<br>**Rockford, IL 61108** | X | - | Services<br><br>Business | | | | 632.06 |
| Account No. **xx1627**<br><br>**Veolia Environmental Services**<br>**8538 Highway 251 South**<br>**Davis Junction, IL 61020** | X | - | Services<br><br>Business | | | | 362.08 |

Sheet no. __**17**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,873.86**

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Zachary Dohm,**                                     Case No. _____

         **Carla Holden -Dohm**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx0001**<br><br>Verizon Wireless<br>777 Big Timber Road<br>Elgin, IL 60123 | X | - | Services<br><br>Business | | | | 2,194.52 |
| Account No.<br><br>Wallace Lee, Jr.<br>1758 Danielle Lane<br>Belvidere, IL 61008 | X | - | Building Lease<br><br>Business | X | X | X | 15,200.00 |
| Account No.<br><br>White Cap Real Estate, LLC<br>2607 W. College Avenue<br>Appleton, WI 54914 | X | - | Building Lease  Case No. 11-SC-33 Winnebago County, IL<br><br>Business | X | X | X | 14,513.61 |
| Account No. **xx3216**<br><br>Yellowbook West<br>PO Box 660831<br>Dallas, TX 75266-0831 | X | - | Services<br><br>Business | | | | 2,379.48 |
| Account No. | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 34,287.61 |
| Total<br>(Report on Summary of Schedules) | | 707,249.51 |

B6G (Official Form 6G) (12/07)

.

In re    **Michael Zachary Dohm,**                                        Case No. _____

        **Carla Holden -Dohm**

                                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Michael Zachary Dohm,**                                    Case No. _____
         **Carla Holden -Dohm**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Amy Smith**<br>**4081 Ruskin Road**<br>**Rockford, IL 61101** | **Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** |
| **Carol B. Dohm**<br>**1823 Crestwood**<br>**Rockford, IL 61103** | **Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Amy K. Smith**<br>**4081 Ruskin Road**<br>**Rockford, IL 61103** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Bancard Services**<br>**PO Box 3038**<br>**Evansville, IN 47730-3038** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Braun Thyssen Krupp Elevator**<br>**2829 Royal Avenue**<br>**Madison, WI 53713** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Cedarcreek Construction**<br>**1758 Danielle Lane**<br>**Belvidere, IL 61008** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Century Link**<br>**PO Box 4300**<br>**Carol Stream, IL 60197-4300** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **City of Oregon**<br>**115 N. Third Street**<br>**Oregon, IL 61061** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **City of Rockford**<br>**425 E. State St.**<br>**Rockford, IL 61104** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **City of Rockford**<br>**425 E. State St.**<br>**Rockford, IL 61104** |

**5**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Michael Zachary Dohm,**                                     Case No. _____
       **Carla Holden -Dohm**

                                      ,
                        Debtors

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **ComEd**<br>**3 Lincoln Center**<br>**Attn:  Bkcy Group-Claims Department**<br>**Oakbrook Terrace, IL 60181** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **ComEd**<br>**3 Lincoln Center**<br>**Attn:  Bkcy Group-Claims Department**<br>**Oakbrook Terrace, IL 60181** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Credit Card Center**<br>**PO Box 653072**<br>**Dallas, TX 75265-3072** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **DataCraft**<br>**120 W. State Street**<br>**Suite 302**<br>**Rockford, IL 61101** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Elizabeth Reents**<br>**910 24th Street**<br>**Rockford, IL 61104** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Employee Benefits Corporation**<br>**PO Box 44347**<br>**Madison, WI 53744-4347** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **FedEx**<br>**PO Box 332**<br>**Memphis, TN 38194-4741** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Fidelity National Title Insurance**<br>**3700 State Street**<br>**Suite 100**<br>**Santa Barbara, CA 93105** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **First American Title Insurance Corp**<br>**1 First American Way**<br>**Santa Ana, CA 92707** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Fishers, Inc.**<br>**PO Box 276**<br>**Oregon, IL 61061** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** |

Sheet   __1__   of   __5__   continuation sheets attached to the Schedule of Codebtors

In re   **Michael Zachary Dohm,**                                   Case No. _____
        **Carla Holden -Dohm**
_____,
                                Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Frontier**<br>**PO Box 6000**<br>**Hayden, ID 83835-2009** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **H2it**<br>**PO Box 2525**<br>**East Peoria, IL 61611-0525** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Helen Kay Dohm**<br>**2404 Harlem Blvd**<br>**Rockford, IL 61103** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Hinkley Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266-0579** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Holmstrom & Kennedy PC**<br>**800 N. Church Street**<br>**Rockford, IL 61103** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Horizons, Inc.**<br>**PO Box 118**<br>**Roscoe, IL 61073** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **John Sweeney**<br>**903 S. 8th Street**<br>**Oregon, IL 61061** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Jumping Trout, Inc.**<br>**7155 Windsor Lake Parkway**<br>**Loves Park, IL 61111** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Landworks**<br>**2729 Capri**<br>**Rockford, IL 61114** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Lawn Force Landscaping**<br>**PO Box 15411**<br>**Loves Park, IL 61132** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Lynn M. Jorgenson**<br>**2277 E. Path Road**<br>**Byron, IL 61010** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Matthew J. Jaworowski**<br>**4818 Orchard Avenue**<br>**Rockford, IL 61108** |

Sheet __2__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Michael Zachary Dohm,**                                    Case No. _____
**Carla Holden -Dohm**
_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Mid-City Office Products**<br>**PO Box 2758**<br>**Loves Park, IL 61132-2758** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Moring Disposal**<br>**PO Box 158**<br>**Forreston, IL 61030** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **NCO Financial Systems, Inc.**<br>**600 Holiday Plaza Drive**<br>**Suite 300**<br>**Matteson, IL 60443** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Nicolosi & Associates**<br>**363 Financial Court - Suite 100**<br>**Rockford, IL 61107** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Norlight**<br>**1515 Broadway**<br>**Paducah, KY 42001** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **North Park Public Water District**<br>**PO Box 966**<br>**Roscoe, IL 61073-0966** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Northern Mechanical, Inc.**<br>**9933 N. Alpine Road**<br>**Machesney Park, IL 61115** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **One Communications**<br>**2150 Holmgren Way**<br>**Green Bay, WI 54304** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Paper Recovery Service Corp**<br>**7972 Crest Hills Drive**<br>**Loves Park, IL 61111** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Per Mar Security**<br>**1910 E. Kimberly Road**<br>**Davenport, IA 52807** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Pitney Bowes Purchase Power**<br>**PO Box 371874**<br>**Pittsburgh, PA 15250-7874** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re   **Michael Zachary Dohm,**                                      Case No. _____
     **Carla Holden -Dohm**
                                       ,
                                 Debtors

## SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **PNC Bank**<br>**2730 Liberty Ave**<br>**Pittsburgh, PA 15222** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Pre-Paid Legal Services**<br>**PO Box 2629**<br>**Ada, OK 74821-2629** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **ProForma**<br>**PO Box 640814**<br>**Cincinnati, OH 45264-0814** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Robert K. Kleckner**<br>**11509 Inverway**<br>**Belvidere, IL 61008** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Rock River Water Reclamation Dist**<br>**3501 Kishawukee Street**<br>**Rockford, IL 61109** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **RSM McGladrey, Inc.**<br>**1252 Bell Valley Road**<br>**Suite 300**<br>**Rockford, IL 61108** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Schlueter Ecklund**<br>**4023 Charles Street**<br>**Rockford, IL 61108** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Shannon Haring Pritchett**<br>**318 1/2 N. 6th Street**<br>**Rochelle, IL 61068** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Susan L. Watson**<br>**3635 Grant Avenue**<br>**Rockford, IL 61103** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **TDS Metrocom**<br>**525 Junction Road**<br>**Suite 6000**<br>**Madison, WI 53717-2105** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **The Buckley Companies**<br>**363 Financial Court**<br>**Rockford, IL 61107** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **The National Bank**<br>**c/o Davis & Kuelthau**<br>**300 N. Corporate Drive, Suite 150**<br>**Brookfield, WI 53045** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re    **Michael Zachary Dohm,**                                          Case No. _____
         **Carla Holden -Dohm**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Trace Leonard Business Equipment**<br>**429 S. Phelps Avenue, S-703**<br>**Rockford, IL 61108** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Veolia Environmental Services**<br>**8538 Highway 251 South**<br>**Davis Junction, IL 61020** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Verizon Wireless**<br>**777 Big Timber Road**<br>**Elgin, IL 60123** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Wallace Lee, Jr.**<br>**1758 Danielle Lane**<br>**Belvidere, IL 61008** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **White Cap Real Estate, LLC**<br>**2607 W. College Avenue**<br>**Appleton, WI 54914** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Yellowbook West**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** |
| **Rockford Title Company, Inc.**<br>**PO Box 15531**<br>**Loves Park, IL 61132** | **Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** |
| **Susan Watson**<br>**3635 Grant Avenue**<br>**Rockford, IL 61103** | **Alpine Bank**<br>**PO Box 6086**<br>**Rockford, IL 61125** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

**B6I (Official Form 6I) (12/07)**

In re  **Michael Zachary Dohm**
**Carla Holden -Dohm**

Case No. _____

Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**24**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **Unemployed** | **Unemployed** |
| How long employed | **12/2010** | **05/2011** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ **0.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **0.00** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | **0.00** |
| 11. Social security or government assistance<br>(Specify):   **Unemployment** | $ **2,208.00** | $ **1,404.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,208.00** | $ **1,404.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **2,208.00** | $ **1,404.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **3,612.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtors are seeking full time employment since closing of their business, Rockford Title Company, Inc.**

B6J (Official Form 6J) (12/07)

In re    **Michael Zachary Dohm**
**Carla Holden -Dohm**                                          Case No. _____
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,594.00 |
| a. Are real estate taxes included?          Yes **X**          No ___ | | |
| b. Is property insurance included?          Yes ___          No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 225.00 |
|                    b. Water and sewer | $ | 51.00 |
|                    c. Telephone | $ | 0.00 |
|                    d. Other    **See Detailed Expense Attachment** | $ | 190.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 350.00 |
| 5. Clothing | $ | 75.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | 350.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 41.84 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 0.00 |
|                    e. Other    **Home and auto** | $ | 161.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|                    (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 158.00 |
|                    b. Other | $ | 0.00 |
|                    c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    **Misc school fees, acitvities and lunches** | $ | 40.00 |
|       Other    **Misc personal** | $ | 50.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,575.84 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
       **Maintenance payment is currently abated.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.     Average monthly income from Line 15 of Schedule I | $ | 3,612.00 |
| b.     Average monthly expenses from Line 18 above | $ | 3,575.84 |
| c.     Monthly net income (a. minus b.) | $ | 36.16 |

**B6J (Official Form 6J) (12/07)**

In re   **Michael Zachary Dohm**
     **Carla Holden -Dohm**                       Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cable, telephone, internet | $ | 130.00 |
| Cell phones | $ | 60.00 |
| **Total Other Utility Expenditures** | $ | **190.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Zachary Dohm**
**Carla Holden -Dohm**

Case No. _____

Chapter   **7**

Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **40**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **March 16, 2012**          Signature   **/s/ Michael Zachary Dohm**
**Michael Zachary Dohm**
Debtor

Date   **March 16, 2012**          Signature   **/s/ Carla Holden -Dohm**
**Carla Holden -Dohm**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Michael Zachary Dohm**
**Carla Holden -Dohm**

Debtor(s)

Case No.

Chapter  **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $93,826.48 | 2010 Gross Wages - Husband |
| $27,773.50 | 2010 Gross Wages - Wife |
| $1,880.63 | 2011 Gross Wages - Husband |
| $10,402.75 | 2011 Gross Wages - Wife |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,568.00** | **2010 Unemployment Compensation - Wife** |
| **$26,669.00** | **2011 Unemployment Compensation - Husband** |
| **$9,579.00** | **2011 Unemployment Compensation - Wife** |
| **$4,947.00** | **2012 YTD Unemployment Compensation - Husband** |
| **$3,850.00** | **2012 YTD Unemployment Compensation - Wife** |

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **In re Dohm**<br>**04 D 998** | **Post Decree** | **Winnebago County, Il** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Debuque Bank and Trust v Carla Holden a/k/a Carla H. Dohm, as Successor Trustee of the Longfellow Revocable Living Trust dated April 10, 2004, et al.**<br>**Case No. 2011-CH-1350** | **Foreclosure** | **Winnebago County, IL** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Wallace Lee, Jr** | **Unlawful seizure of personal property, See Schedule B** | **03/04/2011** |
| **Rental home, Caledonia, IL** | **Tornado, insurance proceeds @ $62,000 paid to Alpine Bank, mortgage holder** | **11/22/2010** |

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J. Natale, Ltd**<br>**6833 Stalter Dr., Suite 201**<br>**Rockford, IL 61108** | **03/2012** | **$3,000 including costs** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mor-Agra**<br>**Poplar Grove, IL 61065**<br>**None** | **006/13/2011** | **Rental home, located at: 2464 Main Street, Caledonia, IL, destroyed by tornado. Short sale, proceeds paid to mortgage holder, Alpine Bank.** |

None ☐

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|
| **Longfellow Trust 04/10/2004**<br><br>**Self-settled** | **04/10/2004** | **Debtors created trust 04/10/2011 reserving life use of real and personal property with children as beneficiaries.** |

5

**11.  Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Blackhawk Bank** **Perryville Road** **Rockford, IL 61107** | **Checking** | **$267.81 @ 04/11/2011** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Rockford Title Company** **2820 McFarland Road** **Rockford, IL 61107** | **Computer books and records** | **Debtor's Residence** |
| **Longfellow Revocable Trust** **4/10/2004** **9240 Longfellow Lane** **Machesney Park, IL 61115** | **Homestead real estate, 3 autos, misc personal property** | **Debtor's Residence** |
| **Adult Children** | **Debtors store various personal property of their adult children** | **Debtor's Residence** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Rockford Title Company, Inc | 36-3486560 | 2820 McFarland Road Rockford, IL 61107 | Title Insurance Agency | 05/1956 - 05/2011 |
| Rockford Title of Northern Illinois, Inc | 36-3486560 | 2820 McFarland Road Rockford, IL 61107 | Title Insurance Agency | 1974 - 2009 |
| Jedco Ltd | 36-4074080 | 2820 McFarland Road Rockford, IL 61107 | Real Estate Investment | 1996 - 2011 |
| Regional Title Company | 36-3486560 | 2820 McFarland Road Rockford, IL 61107 | Title Insurance Agency | 2005 - 2008 |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                          DATES SERVICES RENDERED

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY           INVENTORY SUPERVISOR           DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)

8

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None ■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

9

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**March 16, 2012**_____          Signature  **/s/ Michael Zachary Dohm**_____
                                                                      **Michael Zachary Dohm**
                                                                      Debtor

Date  __**March 16, 2012**_____          Signature  **/s/ Carla Holden -Dohm**_____
                                                                      **Carla Holden -Dohm**
                                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Zachary Dohm**
    **Carla Holden -Dohm**

|  |  |
|---|---|
| Debtor(s) | Case No. |
|  | Chapter    **7** |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name:<br>**Dubuque Bank & Trust** | Describe Property Securing Debt:<br>**Location: 9240 Longfellow Lane, Machesney Park IL 61115** |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

Property No. 2

| Creditor's Name:<br>**Rock Valley Federal Credit Union** | Describe Property Securing Debt:<br>**1998 Harley** |
|---|---|

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Universal Assurors** | **Describe Property Securing Debt:**<br>**Location: 9240 Longfellow Lane, Machesney Park IL 61115** |

Property will be (check one):
 ☐ Surrendered    ■ Retained

If retaining the property, I intend to (check at least one):
 ☐ Redeem the property
 ■ Reaffirm the debt
 ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
 ■ Claimed as Exempt       ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES   ☐  NO |

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 16, 2012**                          Signature   **/s/ Michael Zachary Dohm**

                                                              **Michael Zachary Dohm**
                                                              Debtor


Date  **March 16, 2012**                          Signature   **/s/ Carla Holden -Dohm**

                                                              **Carla Holden -Dohm**
                                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re **Michael Zachary Dohm**
**Carla Holden -Dohm**

Case No. _____

_____
Debtor(s)

Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,694.00 |
| Prior to the filing of this statement I have received | $ | 2,694.00 |
| Balance Due | $ | 0.00 |

2. $ **306.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **March 16, 2012** _____

/s/ Bernard J. Natale
**Bernard J. Natale 2018683**
**Bernard J. Natale, Ltd**
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700   Fax: (815) 316-4646**
**natalelaw@bjnatalelaw.com**

---

## Attorney & Client Bankruptcy Retainer Contract
## Michael Z. and Carla Holden-Dohm

Federal law requires the execution of a written contract between attorney and client(s) for Bankruptcy representation. Signing this contract shall engage the services of *Bernard J Natale, Ltd*, hereinafter "Attorney" for Bankruptcy representation pursuant to Title 11, United States Code.

*Whereas* the undersigned client(s) desire(s) to engage the services of Attorney to represent client's(s') interest in connection with Bankruptcy Proceedings, attorney and client(s) do hereby agree as follows:

1.     For services rendered *pre-petition* Attorney shall interview client(s), analyze, prepare and file a Chapter 7 or 13 Bankruptcy Petition as may be appropriate and agreed to between the parties and appear at the first meeting of creditors held pursuant to 11 U.S.C. 341. Attorney shall further review and advise with respect to reaffirmation agreements. (Chapter 7) Fees for these services shall be billed as indicated below in paragraph #7, except for those matters as set forth below as *post-petition* services. Attorney shall engage in all matters necessary for the effective representation of the interest of client in a Chapter 13 as set forth in the Model Retention Agreement for the United States Bankruptcy Court for the Northern District of Illinois.

2.     Any other services provided by attorney deemed necessary and incidental to the bankruptcy proceeding shall be considered *post-petition* services not contemplated by the fee agreed to in paragraph (7) below. Except in cases of Chapter 13, further *post-petition* services shall be billed monthly to client, and client agrees to pay said billings within 30 days of same.

3.     *Post-petition services* for which client may be billed and for which client agrees to pay *post-petition*, in Chapter 7 follow as set forth below. Chapter 13 post petition services shall be allowed, if any, as set forth in the Model Retention Agreement for the United States Bankruptcy Court for the Northern District of Illinois.

A.     Correspondence and telephone conferences to creditor(s), attorneys or other parties in interest of case filing or enforcement of the Automatic Stay. **(Hourly Rate)**

B.     Uncontested Motions to avoid non-purchase money liens in household goods and furnishings. **($300)**

C.     Uncontested Motions to avoid judgment liens. **($300)**

D.     Motions to enforce the Automatic Stay and Sanctions resulting from violations thereof by a creditor(s). **(Hourly)**

E.     Response to any creditor's motion for relief from the automatic stay. **(Hourly)**

F.     Telephone conferences and office conferences with client(s), Bankruptcy Clerk, United States Trustee, case trustee, creditors and attorneys regarding case administration. **(Hourly)**

Attorney & Client Bankruptcy Retainer Contract
Page 2 of 3

G.    Defense of any claims made by the case trustee including, but not limited to, objections to exemptions and turnover of non-exempt property. **(Hourly)**

H.    Response to and defense of any claim of either a case trustee or any creditor objecting to discharge or dischargeability of debt(s). **(Hourly)**

I.    Preparations of amendments to Bankruptcy Schedules, including, but not limited to, amended schedules to add creditors not listed in the original petition. **(Hourly plus Court $30 filing fee)**

J.    Defense of any Adversary proceeding in which client(s) is named as a party. **(Hourly)**

K.    Any other matter deemed by attorney necessary to represent client(s) interest for the subject matter of this engagement. **(Hourly)**

4.    Paragraphs A-K enumerated above are not intended to be exhaustive, but only illustrative, of *post-petition* services contemplated by the parties. Attorney agrees to keep contemporaneous time records for the above services, shall bill monthly, in time increments of 1/10 per hour, pursuant to Bankruptcy Rules. Attorney's hourly rate for the above services shall be **$285.00**. Associate Attorney's hourly rate for the above services shall be **$185.00**.

5.    The failure of client to pay for *post-petition* services when the same become due and payable, as set for above, shall constitute cause for attorney to withdraw as attorney of record and cease all further services to client. Any withdrawal as attorney for client shall not be deemed a waiver of fees due and payable. *Client agrees to pay all reasonable costs of collection of any unpaid fees and costs, including reasonable attorney fees incurred in collection.*

6.    The following disclosures are made pursuant to 11 U.S.C. Sec. 527(a)(2) shall be incorporated into this retainer contract between the parties. Client(s) is hereby notified:

A.    All information required to be provided to attorney by client with a petition and thereafter during a case under the Bankruptcy Code shall be complete, accurate, and truthful.

B.    All assets and all liabilities shall be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that a debtor list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale of marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant

Attorney & Client Bankruptcy Retainer Contract
Page 3 of 3

        would charge for property of that kind, considering the age and
        condition of the property.

   C.  The information which appears on Official Form 22, Statement of
        Current Monthly Income shall be stated after reasonable inquiry:
        current monthly income, the amounts specified in section
        707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code,
        disposable income (determined in accordance with section
        707(b)(2)).

   D.  Information that client(s) provide during the case may be audited
        pursuant to provisions of the Bankruptcy Code.  Failure to provide
        such information may result in dismissal of the case under Title 11,
        United States Code or other sanction, including criminal sanctions.

   7.  Client shall pay to attorney, prior to case filing, for the above-described
services the base fee of **$2,694** plus costs of **$306** for a Chapter 7 or costs of $281 for a
Chapter 13. Attorney fees for a Chapter 13 shall be paid as provided in any Chapter 13
plan and as provided by local rule.

   8.  In the event of dismissal of the Chapter 13 case Client agrees to pay all
previously unpaid attorney fees to attorney within 30 days of billing.  In the event of
nonpayment, client agrees to pay all reasonable costs of collection of any unpaid fees and
costs, including reasonable attorney fees incurred in collection.

Dated _____3-15-12_____  Client _Michael_____

Dated _____3-15-12_____  Client _Carla M. Dohn_____

Dated _____3/15/12_____  Attorney _____

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                    Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael Zachary Dohm**                                         Case No.                   
       **Carla Holden -Dohm**
                                            Debtor(s)                Chapter       **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Michael Zachary Dohm** | X   **/s/ Michael Zachary Dohm** | **March 16, 2012** |
| **Carla Holden -Dohm** | | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X   **/s/ Carla Holden -Dohm** | **March 16, 2012** |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                      Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Zachary Dohm**
**Carla Holden -Dohm**

Debtor(s)

Case No. _____

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **99**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 16, 2012**

**/s/ Michael Zachary Dohm**
**Michael Zachary Dohm**
Signature of Debtor

Date:  **March 16, 2012**

**/s/ Carla Holden -Dohm**
**Carla Holden -Dohm**
Signature of Debtor

ACS
PO Box 7951
Utica, NY 13504-7051

Cannelel Radiology Associates, Ltd.
PO Box 1086
Indianapolis, IN 46206-1086

City of Rockford
425 E. State St.
Rockford, IL 61104

Alliance One Receivable Management
4850 Street Road
Suite 300
Trevose, PA 19053

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

ComEd
3 Lincoln Center
Attn:  Bkcy Group-Claims Departme
Oakbrook Terrace, IL 60181

Alpine Bank
PO Box 6086
Rockford, IL 61125

Carol B. Dohm
1823 Crestwood
Rockford, IL 61103

Credit Card Center
PO Box 653072
Dallas, TX 75265-3072

Amy K. Smith
4081 Ruskin Road
Rockford, IL 61103

Carol L Dohm
1511 Gorham Pl
Rockford, IL 61107

Creditors Interchange
80 Holtz Drive
Buffalo, NY 14225

Amy Smith
4081 Ruskin Road
Rockford, IL 61101

Cedarcreek Construction
1758 Danielle Lane
Belvidere, IL 61008

DataCraft
120 W. State Street
Suite 302
Rockford, IL 61101

ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895

Century Link
PO Box 4300
Carol Stream, IL 60197-4300

Dubuque Bank & Trust
1398 Central Ave
Dubuque, IA 52001

Attorney Faye Lyon
4615 E. State Street
Suite 203
Rockford, IL 61108

Chase Cardmember Services
PO Box 15548
Wilmington, DE 19886-5548

Elizabeth Reents
910 24th Street
Rockford, IL 61104

Bancard Services
PO Box 3038
Evansville, IN 47730-3038

Cicero, France, Barch & Alexander
6323 E. Riverside Blvd.
Rockford, IL 61114

Employee Benefits Corporation
PO Box 44347
Madison, WI 53744-4347

Blatt, Hasenmiller, Leibsker
   & Moore, LLC
PO Box 5463
Chicago, IL 60680-5463

Citi Platinum Select Card
PO Box 6500
Sioux Falls, SD 57117

Fed Loan Servicing
PO Box 530210
Atlanta, GA 30353-0210

Braun Thyssen Krupp Elevator
2829 Royal Avenue
Madison, WI 53713

City of Oregon
115 N. Third Street
Oregon, IL 61061

FedEx
PO Box 332
Memphis, TN 38194-4741

Fidelity National Title Insurance
3700 State Street
Suite 100
Santa Barbara, CA 93105

Horizons, Inc.
PO Box
Roscoe, IL 61073

Lynn M. Jorgenson
2277 E. Path Road
Byron, IL 61010

First American Title Insurance Corp
1 First American Way
Santa Ana, CA 92707

HSBC
PO Box 15521
Wilmington, DE 19850-5521

Matthew J. Jaworowski
4818 Orchard Avenue
Rockford, IL 61108

First Bankcard
PO Box 3331
Omaha, NE 68103

Infinity Healthcare Physicians
111 E. Wisconsin Avenue - Ste. 2000
Milwaukee, WI 53202

Mid-City Office Products
PO Box 2758
Loves Park, IL 61132-2758

Fishers, Inc.
PO Box 276
Oregon, IL 61061

John Sweeney
903 S. 8th Street
Oregon, IL 61061

Moring Disposal
PO Box 158
Forreston, IL 61030

Frontier
PO Box 6000
Hayden, ID 83835-2009

Jumping Trout, Inc.
7155 Windsor Lake Parkway
Loves Park, IL 61111

Mutual Management Services
401 E. State Street, 2nd Floor
PO Box 4777
Rockford, IL 61110

H2it
PO Box 2525
East Peoria, IL 61611-0525

Kevin Kelly PC
10 E. 22nd Street
Suite 216
Lombard, IL 60148

NCO Financial Systems, Inc.
600 Holiday Plaza Drive
Suite 300
Matteson, IL 60443

Healthcare Billing Services, Inc.
PO Box 4
Clinton, IA 52733-0004

Landworks
2729 Capri
Rockford, IL 61114

Nicolosi & Associates
363 Financial Court - Suite 100
Rockford, IL 61107

Helen Kay Dohm
2404 Harlem Blvd
Rockford, IL 61103

Lawn Force Landscaping
PO Box 15411
Loves Park, IL 61132

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

Hinkley Springs
PO Box 660579
Dallas, TX 75266-0579

Louis and Doris Morrall
311 W. Perry Street
Belvidere, IL 61008

Norlight
1515 Broadway
Paducah, KY 42001

Holmstrom & Kennedy PC
800 N. Church Street
Rockford, IL 61103

Loyola University Medical Center
2160 S. First Avenue
Maywood, IL 60153

North Park Public Water District
PO Box 966
Roscoe, IL 61073-0966

Northern Mechanical, Inc.
9933 N. Alpine Road
Machesney Park, IL 61115

Robert R. Kleckner
1509 University
Belvidere, IL 61008

Shannon Haring Pritchett
318 1/2 N. 6th Street
Rochelle, IL 61068

Oliphant Financial
9009 Town Center Parkway
Lakewood Ranch, FL 34202

Rochelle Community Hospital
900 N. Second Street
Rochelle, IL 61068-1764

Shriver, O'Neill & Thompson
515 N. Court Street
Rockford, IL 61103

One Communications
2150 Holmgren Way
Green Bay, WI 54304

Rochelle Medical
PO Box 17052
Rockford, IL 61110-7052

Susan L. Watson
3635 Grant Avenue
Rockford, IL 61103

Paper Recovery Service Corp
7972 Crest Hills Drive
Loves Park, IL 61111

Rock River Water Reclamation Dist
3501 Kishawukee Street
Rockford, IL 61109

Susan Watson
3635 Grant Avenue
Rockford, IL 61103

Per Mar Security
1910 E. Kimberly Road
Davenport, IA 52807

Rock Valley Federal Credit Union
1201 Clifford Avenue
Loves Park, IL 61111

Swedish American Home Health C
2550 Charles Street
Suite B
Rockford, IL 61108-1673

Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Rockford Pain Center
6785 Weaver Road, #D
Rockford, IL 61114

Swedish American Hospital
P.O. Box 310283
Des Moines, IA 50331-0283

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Rockford Title Company, Inc.
PO Box 15531
Loves Park, IL 61132

Swedish American Medical Group
2550 Charles Street
PO Box 1567
Rockford, IL 61108-1673

Pre-Paid Legal Services
PO Box 2629
Ada, OK 74821-2629

RSM McGladrey, Inc.
1252 Bell Valley Road
Suite 300
Rockford, IL 61108

Target National Bank
PO Box 660170
Dallas, TX 75266-0170

ProForma
PO Box 640814
Cincinnati, OH 45264-0814

Sallie Mae
P.O. Box 9500
Wilkes Barre, PA 18773-9500

TDS Metrocom
525 Junction Road
Suite 6000
Madison, WI 53717-2105

Radiology Consultants of Rockford
PO Box 4542
Rockford, IL 61110

Schlueter Ecklund
4023 Charles Street
Rockford, IL 61108

The Buckley Companies
363 Financial Court
Rockford, IL 61107

The National Bank
c/o Davis & Kuelthau
300 N. Corporate Drive, Suite 150
Brookfield, WI 53045

Trace Leonard Business Equipment
429 S. Phelps Avenue, S-703
Rockford, IL 61108

Universal Assurors
11420 Blondo Street
Omaha, NE 68164-3858

Veolia Environmental Services
8538 Highway 251 South
Davis Junction, IL 61020

Verizon Wireless
777 Big Timber Road
Elgin, IL 60123

Wallace Lee, Jr.
1758 Danielle Lane
Belvidere, IL 61008

Weltman, Weinberg & Reis Co., L.P.A
P.O. Box 6719
Cleveland, OH 44101

White Cap Real Estate, LLC
2607 W. College Avenue
Appleton, WI 54914

Yellowbook West
PO Box 660831
Dallas, TX 75266-0831